DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CAROLYN JEAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00434 AWI |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ORDER THEREON |
| CAROLYN JEAN JONES, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, CAROLYN JEAN JONES, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to Defendant of the requirement of her appearance at said time and place.

///

///

///

Defendant makes this request because the time, distance and expense involved in traveling to Fresno for court appearances is a financial and personal hardship on her.  Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Dated:  February 8, 2011                  /s/ Carolyn Jean Jones
                                           CAROLYN JEAN JONES
                                           [original signature in attorney's file]

Dated:  February 8, 2011                  /s/ Jeremy S. Kroger
                                           JEREMY S. KROGER
                                           Assistant Federal Defender
                                           Counsel for Defendant

## O R D E R

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.  Defendant must appear at all substantive proceedings, including any potential substantive hearings, trial or change of plea.

IT IS SO ORDERED.

Dated:   February 9, 2011                                   _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE