1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )   CASE NO.:  1:10-CR-00434 AWI
                                     )
11                  Plaintiff,       )   STIPULATION AND ORDER TO
                                     )   CONTINUE STATUS CONFERENCE
12                                   )
                                     )
13            v.                     )
                                     )
14                                   )
                                     )
15  CAROLYN JEAN JONES,              )
                                     )
16                  Defendant.       )
                                     )
17

18       IT IS HEREBY STIPULATED by and between the parties hereto

19  through their respective counsel, Stanley A. Boone,  Assistant United

20  States Attorney for Plaintiff, and Jeremy Kroeger, Attorney for

21  Defendant CAROLYN JEAN JONES, that the Status Conference currently

22  set for February 14, 2011, at 9:00 a.m. be continued to March 7,

23  2011, at 9:00 a.m.

24  ////

25  ////

26  ////

27  ////

28

1    The parties also agree that time continues to be excluded

2 pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and

3 (h)(8)(A) for the Court's consideration of the pre-trial motion and

4 the parties' preparation of the case.

5

  Dated: February 10, 2011          BENJAMIN B. WAGNER
6                                    United States Attorney

7
                                By: /s/ Stanley A. Boone
8                                    STANLEY A. BOONE
                                     Assistant U.S. Attorney
9

10

11  Dated: February 10, 2011         /s/ Jeremy Kroger
                                     JEREMY KROGER
12                                   Attorney for Defendant
                                     CAROLYN JEAN JONES
13

14

15    IT IS HEREBY ORDERED that the status conference scheduled for

16 February 14, 2011, is continued to March 7, 2011, at 9:00 a.m.

17

18
  IT IS SO ORDERED.
19

20 Dated:      February 10, 2011

21                                   CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28