BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00434 AWI |
| Plaintiff, | ORDER RE FINANCIAL DISCLOSURES |
| v. | |
| CAROLYN JEAN JONES, | |
| Defendant. | |

Pursuant to the pleas agreement of the parties, the Defendant herein, CAROLYN JEAN JONES, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" packet and the "Authorization to Release Information" and provide to the United States Attorney's Office, Attention Carey Hartsock, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than Monday, April 11, 2011.

IT IS SO ORDERED.

Dated:     March 8, 2011                  _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

1