DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CAROLYN JEAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:10-cr-00434 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; |
| v. | ) ) | ORDER THEREON |
| CAROLYN JEAN JONES, | ) ) | Date:  June 6, 2011 |
| Defendant. | ) ) ) | Time:  9:00 a.m. Dept : Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for May 16, 2011, **may be continued to June 6, 2011, at 9:00 a.m.**

   The parties request this continuance so that defense counsel has an opportunity to speak with an additional individual and submit a brief sentencing memorandum.  The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              McGREGOR W. SCOTT  
                                              United States Attorney

DATED: May 12, 2011                      /s/ Stanley A. Boone  
                                              STANLEY A. BOONE  
                                              Assistant United States Attorney  
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK  
                                              Federal Defender

DATED: May 12, 2011                      /s/ Jeremy S. Kroger  
                                              JEREMY S. KROGER  
                                              Assistant Federal Defender  
                                              Attorney for Defendant  
                                              Carolyn J. Jones

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   May 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE