```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:10-CR-00434 AWI |
|---|---|---|
|           Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) ) ) ) | DATE: July 5, 2011 TIME: 9:00 a.m. DEPT: Hon. Anthony W. Ishii |
| CAROLYN JEAN JONES, | ) ) |  |
|           Defendant. | ) ) |  |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Jeremy Kroeger, Attorney for Defendant CAROLYN JEAN JONES, that the Sentencing Hearing currently set for June 6, 2011, at 9:00 a.m. be continued to July 5, 2011, at 9:00 a.m.

///

///

///

///

1  The continuance is requested as the Government needs additional
2  time to respond to the Defendant's sentencing memorandum which was
3  filed on June 1, 2011.

Dated: June 2, 2011                         BENJAMIN B. WAGNER
                                            United States Attorney

                                      By:   /s/ Stanley A. Boone
                                            STANLEY A. BOONE
                                            Assistant U.S. Attorney


Dated: June 2, 2011                         /s/ Jeremy Kroger
                                            JEREMY KROGER
                                            Attorney for Defendant
                                            CAROLYN JEAN JONES


    IT IS HEREBY ORDERED that the sentencing hearing scheduled for
June 6, 2011, is continued to July 5, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated:    June 2, 2011              _____
                                    CHIEF UNITED STATES DISTRICT JUDGE